CLOSED,JURY

# U.S. District Court
## Eastern District of Virginia – (Richmond)
### CIVIL DOCKET FOR CASE #: 3:19–cv–00889–REP

| | |
|---|---|
| Nunes v. Cable News Network, Inc. | Date Filed: 12/03/2019 |
| Assigned to: District Judge Robert E. Payne | Date Terminated: 05/22/2020 |
| Demand: $435,350,000 | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity–Libel, Assault, Slander | Nature of Suit: 320 Assault Libel & Slander |
| | Jurisdiction: Diversity |

**Plaintiff**

**Devin G. Nunes**     represented by     **Steven Scott Biss**
Law Office of Steven S. Biss
P O Box 592
Richmond, VA 23219
804–861–8733
Fax: 804–318–4098
Email: stevenbiss@earthlink.net
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cable News Network, Inc.**     represented by     **Dane Hal Butswinkas**
Williams & Connolly LLP
725 12th St NW
Washington, DC 20005
202–434–5000
Email: dbutswinkas@wc.com
*ATTORNEY TO BE NOTICED*

**Kevin T. Baine**
Williams & Connolly LLP
725 12th St NW
Washington, DC 20005
**NA**
(202) 434–5000
Email: kbaine@wc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen Fuzesi**
Williams & Connolly LLP
725 12th St NW
Washington, DC 20005
**NA**
(202) 434–5558
Fax: (202) 434–5029
Email: sfuzesi@wc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/03/2019 | 1 | Complaint ( Filing fee $ 400, receipt number 0422–6966149.), filed by Devin G. Nunes. (Attachments: # 1 Civil Cover Sheet)(Biss, Steven) (Main Document 1 replaced on 12/3/2019)(tjoh, ). (Entered: 12/03/2019) |
| 12/03/2019 | 2 | Proposed Summons re 1 Complaint by Devin G. Nunes. (Biss, Steven) (Entered: 12/03/2019) |
| 12/03/2019 | 3 | Financial Interest Disclosure Statement (Local Rule 7.1) by Devin G. Nunes. (Biss, Steven) (Entered: 12/03/2019) |
| 12/03/2019 |  | Initial Case Assignment to District Judge Robert E. Payne. (tjoh, ) (Entered: 12/03/2019) |
| 12/03/2019 | 4 | Summons Issued as to Cable News Network, Inc.. NOTICE TO ATTORNEY: Remove header and print out two electronically issued summons and one copy of the attachments for each defendant to be served with the complaint. (tjoh, ) (Entered: 12/03/2019) |
| 12/05/2019 | 5 | SUMMONS Returned Executed by Devin G. Nunes Cable News Network, Inc. served on 12/5/2019, answer due 12/26/2019 (Biss, Steven) (Entered: 12/05/2019) |
| 12/18/2019 | 6 | NOTICE of Appearance by Dane Hal Butswinkas on behalf of Cable News Network, Inc. (Butswinkas, Dane) (Entered: 12/18/2019) |
| 12/18/2019 | 7 | Corporate Disclosure Statement by Cable News Network, Inc.. (Butswinkas, Dane) (Entered: 12/18/2019) |
| 12/18/2019 | 8 | Motion to appear Pro Hac Vice by Stephen J. Fuzesi and Certification of Local Counsel Emily Rose Filing fee $ 75, receipt number 0422–6992082. by Cable News Network, Inc.. (Butswinkas, Dane) (Entered: 12/18/2019) |
| 12/18/2019 | 9 | Consent MOTION for Extension of Time to File Responsive Pleading by Cable News Network, Inc. (Attachments: # 1 Proposed Order)(Butswinkas, Dane) Modified docket text on 12/19/2019 (jsau, ). (Entered: 12/18/2019) |
| 12/23/2019 | 10 | ORDER. It is hereby ORDERED that the CONSENT MOTION TO EXTEND DEADLINE TO RESPOND 9 is granted with modification. It is further ORDERED that the defendant shall file its Answer and any other motions with respect to the Complaint by January 17, 2020. It is SO ORDERED. Signed by District Judge Robert E. Payne on 12/20/19. (jsau, ) (Entered: 12/23/2019) |
| 12/30/2019 | 11 | ORDER granting 8 Motion for Stephen Fuzesi to appear Pro hac vice for Cable News Network, Inc. Signed by District Judge Robert E. Payne on 12/30/19. (jsau, ) (Entered: 12/30/2019) |
| 01/17/2020 | 12 | Motion to appear Pro Hac Vice by Kevin T. Baine and Certification of Local Counsel Emily Rose Filing fee $ 75, receipt number 0422–7031158. by Cable News Network, Inc.. (Butswinkas, Dane) (Entered: 01/17/2020) |
| 01/17/2020 | 13 | MOTION to Dismiss for Failure to State a Claim by Cable News Network, Inc.. (Attachments: # 1 Memorandum of Law, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Proposed Order)(Butswinkas, Dane) (Entered: 01/17/2020) |
| 01/17/2020 | 14 | MOTION to Transfer Case by Cable News Network, Inc.. (Attachments: # 1 Memorandum of Law, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Proposed Order)(Butswinkas, Dane) (Entered: 01/17/2020) |
| 01/21/2020 |  | Notice of Correction re: 14 MOTION to Transfer Case, 13 MOTION to Dismiss for Failure to State a Claim. Filing attorney notified of correct procedures when filing a Motion and Memorandum in Support. Attorney directed to re–file the Memorandum for each motion and link each document back to the correct Motion. (jsau, ) (Entered: 01/21/2020) |

| | | |
|---|---|---|
| 01/21/2020 | 15 | Memorandum in Support re 13 MOTION to Dismiss for Failure to State a Claim filed by Cable News Network, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Butswinkas, Dane) (Entered: 01/21/2020) |
| 01/21/2020 | 16 | Memorandum in Support re 14 MOTION to Transfer Case filed by Cable News Network, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Butswinkas, Dane) (Entered: 01/21/2020) |
| 01/22/2020 | 17 | ORDER granting 12 Motion for Kevin T. Baine to appear Pro hac vice for Cable News Network, Inc. Signed by District Judge Robert E. Payne on 1/22/20. (jsau, ) (Entered: 01/22/2020) |
| 02/07/2020 | 18 | AMENDED COMPLAINT against Cable News Network, Inc., filed by Devin G. Nunes.(Biss, Steven) (Entered: 02/07/2020) |
| 02/11/2020 |  | Minute Entry for proceedings held before District Judge Robert E. Payne: Telephone Conference held on 2/11/2020. (Court Reporter Peppy Peterson, OCR.) (nbrow) (Entered: 03/03/2020) |
| 02/12/2020 | 19 | ORDER. It is hereby ORDERED that: (1) The Defendant's MOTION TO DISMISS COMPLAINT 13 is DENIED AS MOOT; (2) The Defendant shall file its answer and motion to dismiss by February 21, 2020; (3) The Plaintiff shall file a response brief by March 2, 2020; (4) The Defendant shall file a reply brief by March 12, 2020; (5) The Plaintiff shall also file a response brief to the Defendant's MOTION TO TRANSFER 14 by February 20, 2020; and (6) The Defendant shall file a reply brief by February 28, 2020. It is SO ORDERED. Signed by District Judge Robert E. Payne on 2/12/20. (jsau, ) (Entered: 02/12/2020) |
| 02/20/2020 | 20 | RESPONSE in Opposition re 14 MOTION to Transfer Case filed by Devin G. Nunes. (Biss, Steven) Modified docket text on 2/21/2020 (jsau, ). (Entered: 02/20/2020) |
| 02/21/2020 | 21 | MOTION to Dismiss for Failure to State a Claim by Cable News Network, Inc.. (Attachments: # 1 Proposed Order)(Butswinkas, Dane) (Entered: 02/21/2020) |
| 02/21/2020 | 22 | Memorandum in Support re 21 MOTION to Dismiss for Failure to State a Claim filed by Cable News Network, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Butswinkas, Dane) (Entered: 02/21/2020) |
| 02/21/2020 | 23 | ANSWER to Complaint by Cable News Network, Inc..(Butswinkas, Dane) (Entered: 02/21/2020) |
| 02/28/2020 | 24 | REPLY to Response to Motion re 14 MOTION to Transfer Case filed by Cable News Network, Inc.. (Butswinkas, Dane) (Entered: 02/28/2020) |
| 03/02/2020 | 25 | RESPONSE in Opposition re: 21 MOTION to Dismiss for Failure to State a Claim filed by Devin G. Nunes. (Biss, Steven) Modified docket text on 3/3/2020 (jsau, ). (Entered: 03/02/2020) |
| 03/12/2020 | 26 | REPLY to Response to Motion re 21 MOTION to Dismiss for Failure to State a Claim filed by Cable News Network, Inc.. (Butswinkas, Dane) (Entered: 03/12/2020) |
| 05/22/2020 | 27 | MEMORANDUM OPINION. See Opinion for details. It is so ORDERED. Signed by Senior United States District Judge Robert E. Payne on 5/21/2020. (sbea,) (Entered: 05/22/2020) |
| 05/22/2020 | 28 | ORDER that the Defendant Cable News Network, Inc.'s MOTION TO TRANSFER (ECF No. 14 ) is granted. It is further ORDERED that the Clerk shall transfer this action to the Southern District of New York. It is further ORDERED that the facts and legal contentions are adequately presented in the materials before the Court and oral argument would not aid the decisional process. It is so ORDERED. Signed by Senior United States District Judge Robert E. Payne on 5/21/2020. (sbea,) (Entered: 05/22/2020) |
| 05/22/2020 |  | Case transferred to District of Southern District of New York. Original file, Copy of Transfer Order, and Docket Report sent. (sbea,) (Entered: 05/22/2020) |