**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

DEVIN NUNES,

        Plaintiff,

    -against-

CABLE NEWS NETWORK, INC.,

        Defendant.

------------------------------------------------------------x

20-cv-3976 (LTS) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Defendant's letter motion requesting a Local Rule 37.2 Conference. (ECF 32). The motion is DENIED WITHOUT PREJUDICE. Parties should be prepared to discuss the substance of their June 10, 2020 (ECF 32) and June 15, 2020 (ECF 34) letters at the June 30, 2020 initial case management conference. Parties are directed to consult ECF 31.

The Clerk of Court is directed to close ECF 32.

**SO ORDERED.**

Dated: June 17, 2020
      New York, New York

                                     _s/ Ona T. Wang_
                                               **Ona T. Wang**
                                    United States Magistrate Judge