**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
DEVIN NUNES,

       Plaintiff,                        20-cv-3976 (LTS) (OTW)

       -against-                       **ORDER**

CABLE NEWS NETWORK, INC.,

       Defendant.
-------------------------------------------------------------x

    **ONA T. WANG**, **United States Magistrate Judge**:

    The parties appeared before the undersigned for an initial case management conference on June 30, 2020.

    As directed at the conference, Plaintiff is ordered to submit supplement briefing to the pending motion to dismiss the amended complaint (ECF 21) by **July 20, 2020**, and Defendant is to respond by **August 14, 2020**.

    Further, discovery in this action is **STAYED** pending a decision on the motion to dismiss. If the motion to dismiss is granted in part or denied, the parties are directed to submit a case management plan to this Court within seven (7) days of the decision on the motion to dismiss.

    **SO ORDERED.**

                                                                                  *s/ Ona T. Wang*

Dated: June 30, 2020                                                  **Ona T. Wang**
        New York, New York                                 United States Magistrate Judge