UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
                                :

DEVIN G. NUNES                        :
                                :

      Plaintiff,              :
                                :

v.                            :        Case 20-cv-3976 (LTS) (OTW)
                                :

CABLE NEWS NETWORK, INC.     :
                                :

      Defendant.           :
_____X

# CORRECTED MOTION FOR ADMISSION PRO HAC VICE OF STEVEN S. BISS, ESQUIRE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff DEVIN G. NUNES in the above-captioned action.

I am a member in good standing of the Bar of the Commonwealth of Virginia, and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been disbarred or denied admission or readmission by any court.

Attached as *Exhibit "A"* is a Certificate of Good Standing issued by the Supreme Court of Virginia.

Attached as *Exhibit "B"* is my Affidavit pursuant to Local Rule 1.3.

Attached as *Exhibit "C"* is the text of a proposed Order.

WHEREFORE, for the reasons stated above, I respectfully move the Court to grant this motion.


DATED:        July 9, 2020



*/s/ Steven S. Biss*
STEVEN S. BISS, ESQUIRE
Virginia State Bar No. 32972
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone:      (804) 501-8272
Facsimile:      (202) 318-4098
Email:          **stevenbiss@earthlink.net**