**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DEVIN G. NUNES,

                Plaintiff,

    -against-                       20 **CIVIL** 3976 (LTS)(OTW)

                                           **JUDGMENT**

CABLE NEWS NETWORK, INC.,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated February 19, 2021, CNN's motion to dismiss the Amended Complaint is granted in its entirety; accordingly, this case is closed.

**Dated:**  New York, New York

       February 19, 2021

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                         **BY:**    *K. Mango*

                                                      **Deputy Clerk**